James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RENOWN REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health & Human Services,<br><br>Defendant. | Case No. 3:21-cv-170-MMD-CLB<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1  Defendant Xavier Becerra, Secretary of Health and Human Services, respectfully moves
2  this Court for an extension of his time to respond to the complaint in this case until July 23,
3  2021. The Secretary's response is currently due by June 25. Plaintiff's claims in this case are
4  closely related to those presented in *Empire Health Foundation v. Azar*, 958 F.3d 873 (9th Cir.
5  2020), in which the government has petitioned the Supreme Court for a writ of certiorari. That
6  petition was circulated for consideration at the Supreme Court's conference of June 24, 2021, but
7  the Court has not yet ruled on it. Because the Court's decision to grant or deny certiorari in
8  *Empire Heath* is likely to substantially affect the course of this case, the Secretary respectfully
9  requests an extension of time to allow the parties to discuss a schedule for further proceedings
10 after learning whether the Court will rule on the petition for certiorari before its summer recess.
11  Plaintiff consents to this relief.

Respectfully submitted this 25th day of June, 2021,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*


**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated:
      June 28, 2021