# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RENOWN REGIONAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services,<br><br>Defendant. | Case No.  3:21-cv-00170-ART-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |

Cynthia Liao's motion to withdraw as counsel for Defendant, (ECF No. 47), is GRANTED.

**IT IS SO ORDERED.**

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2025